IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DANIEL JAMES SILVA,              )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:21-cv-865
                                 )
JESSIE SCHAUDIES and             )
TAS RIGHTS MANAGEMENT,           )
                                 )
            Defendants.          )
*******************************
DANIEL JAMES SILVA,              )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:21-cv-868
                                 )
VENABLE LLP,                     )
                                 )
            Defendant.           )
*******************************
DANIEL JAMES SILVA,              )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:21-cv-870
                                 )
JESSIE SCHAUDIES, VENABLE LLP,   )
13 MANAGEMENT, NEAL AND          )
HARWELL, TAYLOR ALISON SWIFT,    )
DOUG BALDRIDGE,                  )
                                 )
            Defendants.          )
*******************************
DANIEL JAMES SILVA,              )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:22-cv-33
                                 )
TAYLOR ALISON SWIFT,             )
                                 )
            Defendant.           )
```

```
*******************************
DANIEL JAMES SILVA,            )
                               )
          Plaintiff,           )
                               )
     v.                        )       1:22-cv-69
                               )
TAYLOR ALISON SWIFT and        )
NASHVILLE POLICE DEPARTMENT,   )
                               )
          Defendants.          )
*******************************
DANIEL JAMES SILVA,            )
                               )
          Plaintiff,           )
                               )
     v.                        )       1:22-cv-100
                               )
TAYLOR ALISON SWIFT,           )
                               )
          Defendant.           )
*******************************
DANIEL JAMES SILVA,            )
                               )
          Plaintiff,           )
                               )
     v.                        )       1:22-cv-127
                               )
TAYLOR ALISON SWIFT,           )
                               )
          Defendant.           )
```

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that the above-captioned actions be filed, and are hereby, **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) as frivolous and malicious.

This the 17th day of February, 2023.

```
                            _____
                              United States District Judge
```